[No. 12542-4-III.   Division Three.   February 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH ANN GOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00999-7, Harold D. Clarke, J., entered June

·4, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.